THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONCRETE STRATEGIES LLC,<br><br>Defendant. | CASE NO. C24-0733-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for an extension of time to answer (Dkt. No. 9). Having thoroughly considered the briefing and the relevant record, the Court GRANTS the motion for the reasons explained herein.

Plaintiffs filed their complaint (Dkt. No. 1) with the Court on May 28, 2024. The Clerk issued summonses the following day. (*See* Dkt. No. 2.) Following a June 27, 2024 appearance by counsel, (*see* Dkt. Nos. 5, 6), Defendant moved to extend the time to answer the complaint to July 31, 2023. (*See* Dkt. No. 9.) Plaintiffs did not timely respond to this motion. *See* LCR 7(d)(2) (response due nine days after the motion's filing date).

LCR 7(b)(2) states, "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Accordingly, the Court FINDS that Defendant's motion has merit. The motion (Dkt. No. 9) is GRANTED.

ORDER
C24-0733-JCC
PAGE - 1

DATED this 12th day of July 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE