THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CONCRETE STRATEGIES LLC, Contractor's License No. CONCRSL921OE, UBI No. 602 855 619,<br><br>Defendants. | NO. 2:24-cv-00733-JCC<br><br>ORDER ON STIPULATED MOTION TO STAY CASE DEADLINES PENDING RULING ON MOTION TO DISMISS AT DKT. 15<br>[~~PROPOSED~~] |

Pursuant to the stipulated motion filed herein (**Dkt. No. 16**), it is hereby

**ORDERED** that the deadlines set in the Court's Minute Order Setting Initial Case Management Dates at Dkt. 7 are hereby stayed.



BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900



The Court will reset the deadlines as needed pending its ruling on the Motion to Dismiss filed at Dkt. 15.

DATED this 15th day of August 2024.

HONORABLE JOHN C. COUGHENOUR
U.S. District Court Judge

Submitted by:

*/s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
noelled@bcmjlaw.com
Attorneys for Plaintiff Trust Funds

*/s/ Bryan P. O'Connor (with permission)*
Bryan P. O'Connor, WSBA No. 23867
JACKSON LEWIS P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 626-6423
Email: bryan.oconnor@jacksonlewis.com
Attorney for Defendant
Concrete Strategies LLC

ORDER ON MOTION TO STAY – 2
Cause No. 2:24-cv-00733-JCC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 087 hh13k601ec