THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CONCRETE STRATEGIES LLC, Contractor's License No. CONCRSL921OE, UBI No. 602 855 619,<br><br>Defendants. | No. 2:24-cv-00733-JCC<br><br>~~PROPOSED~~ ORDER GRANTING JOINT MOTION FOR ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Pursuant to the Joint Motion for Order granting Plaintiffs' Motion for Leave to File First Amended Complaint (**Dkt. No. 21**) it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint (**Dkt. 20**) is hereby granted. Defendant shall file its responsive pleading(s) within twenty-eight days of Plaintiffs' filing of their First Amended Complaint. Furthermore, Defendant's Motion to Dismiss Plaintiffs' Complaint is denied as moot.

Order on Joint Motion for Order Granting Dkt. 20 - 1
(Case No. 2:24-cv-00733-JCC)

Martone Legal, LLC
600 Emerson Road, Suite 205
Creve Coeur, MO 63141
(314) 862-0300

1  DATED this 27th day of August 2024.

*[signature]*

_____
HONORABLE JOHN C. COUGHENOUR
U.S. District Court Judge

Submitted by:

/s/ *Noelle E. Dwarzski* (w/consent)
_____
Noelle E. Dwarzski, WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Email: noelled@bcmjlaw.com

Attorneys for Plaintiff Trust Funds

/s/ *Matthew B. Robinson*
_____
Andrew J. Martone, admitted *pro hac vice*
Matthew B. Robinson, admitted *pro hac vice*
MARTONE LEGAL, LLC
600 Emerson Road, Suite 205
Creve Coeur, MO 63141
Telephone: (314) 862-0300
Email: andym@martonelegal.com
       mattr@martonelegal.com

-and-

/s/ *Brian P. Lundgren* (w/consent)
_____
Bryan P. O'Connor, WSBA #23867
Brian P. Lundgren, WSBA #37232
JACKSON LEWIS P.C.
Suite 2300
520 Pike Street
Seattle, WA 98101
Telephone: (206) 626-6423
Email: bryan.oconnor@jacksonlewis.com

Attorneys for Defendant
Concrete Strategies LLC

Order on Joint Motion for Order Granting Dkt. 20 - 2
(Case No. 2:24-cv-00733-JCC)

Martone Legal, LLC
600 Emerson Road, Suite 205
Creve Coeur, MO 63141
(314) 862-0300