THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>CONCRETE STRATEGIES LLC, Contractor's License No. CONCRSL921OE, UBI No. 602 855 619,<br><br>        Defendants. | NO. 2:24-cv-00733-JCC<br><br>ORDER ON STIPULATED MOTION TO STAY CASE [~~PROPOSED~~] |

Pursuant to the Stipulated Motion to Stay Case (**Dkt. No. 27**), it is hereby

ORDERED that this case is hereby stayed. No later than February 28, 2025, a Second Amended Complaint, Stipulated Motion to Dismiss or other request to the Court will be filed.

ORDER ON MOTION TO STAY CASE – 1
Cause No. 2:24-cv-00733-JCC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 087 hj11ev01jz

DATED 15th day of October 2024.

_____
THE HONORABLE JOHN C. COUGHENOUR
U.S. District Court Judge

Presented by:

 /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA  98101
Telephone: (206) 224-9900
noelled@bcmjlaw.com
Attorneys for Plaintiffs

 /s/ Bryan P. O'Connor (with permission)
Bryan P. O'Connor, WSBA No. 23867
JACKSON LEWIS P.C.
520 Pike Street, Suite 2300
Seattle, WA  98101
Telephone: (206) 626-6423
Email: bryan.oconnor@jacksonlewis.com
Attorney for Defendant Concrete Strategies LLC

ORDER ON MOTION TO STAY CASE – 2
Cause No. 2:24-cv-00733-JCC

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2900 087 hj11ev01jz